# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DIBY AKO | § § | |
| v. | § § | CIVIL ACTION NO. 3:22-CV-1751-S |
| ARRIVA BEST SECURITY, INC., and AMOIFO KOFFI | § § § | |

## ORDER

After reviewing the papers and pleadings on file, the Court notes that Defendant Arriva Best Security, Inc., has been in default for a period in excess of 90 days, and Plaintiff Diby Ako has yet to move for default. Pursuant to Local Rule 55.1, the Court **ORDERS** Plaintiff to move for entry of a default and a default judgment, and otherwise to comply with Local Rule 55.3, no later than **August 30, 2023**. Failure to file the appropriate documents may result in dismissal of this case against Defendant Arriva Best Security, Inc., without further notice.

**SO ORDERED.**

SIGNED July 31, 2023.

_____
**KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE**