IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                                    **PLAINTIFF**

vs.                                          No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**                                       **DEFENDANTS**
**and AMOIFO KOFFI**

## DECLARATION OF ATTORNEY JOSH SANFORD

Attorney Josh Sanford hereby states on oath as follows:

1. I am over the age of 18 and legally qualified to execute this Declaration.

2. I am licensed to practice law in all courts in the State of Texas, including this one.

3. I am an attorney for Plaintiff Diby Ako.

4. As of the filing of Plaintiff's Motion for Clerk's Entry of Default, I have received no responsive pleading or motion to dismiss relating to this lawsuit from or on behalf of Defendant Arriva Best Security, Inc.

5. I have granted no extension of any kind to Defendant Arriva Best Security, Inc.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: August 29, 2023

                                              */s/ Josh Sanford*
                                              **JOSH SANFORD**