IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                                  **PLAINTIFF**

vs.                                            No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**
**and AMOIFO KOFFI**                                                      **DEFENDANTS**

## ORDER GRANTING MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT ARRIVA BEST SECURITY, INC.

The Court having reviewed the Motion for Clerk's Entry of Default against Defendant Arriva Best Security, Inc., and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Clerk's Entry of Default against Defendant Arriva Best Security, Inc. is GRANTED.

Any default judgment will be entered by the Court.

SO ORDERED this ___ day of August, 2023.

_____
Hon. Karen Gren Scholer
United States District Judge