IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                                                    **PLAINTIFF**

vs.                                              No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**                                              **DEFENDANTS**
**and AMOIFO KOFFI**

### BRIEF IN SUPPORT OF MOTION
### FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Diby Ako ("Plaintiff") filed his Original Complaint against Defendants Arriva Best Security, Inc. and Amoifo Koffi on August 12, 2022. *See* ECF No. 1

Defendant Arriva Best Security Inc.'s deadline for filing and serving an Answer or Motion to Dismiss was April 10, 2023. *See* Fed. R. Civ. P. 12(a)(1) (requiring service of an Answer within 21 days after service of the summons and complaint). Defendant Arriva Best Security, Inc. has not filed or served an Answer or Motion to Dismiss in accordance with Rule 12(a)(1). *See* Sanford Decl. ¶ 4. No extension for filing or serving a proper Answer or Motion to Dismiss has been requested or granted by Defendant Arriva Best Security, Inc. *See* Sanford Decl. ¶ 5.

Defendant Arriva Best Security, Inc. is in default, and the Clerk should enter its default as mandated by Rule 55(a).

WHEREFORE, premises considered, Plaintiff Diby Ako, individually and on behalf of all others similarly situated, respectfully requests that the Clerk enter the default of Defendant Arriva Best Security, Inc. and for attorney's fees and costs incurred herein,

Page 1 of 2
Diby Ako v. Arriva Best Security, Inc., et al.
U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S
Brief in Support of Motion for Clerk's Entry of Default

and for all other good and proper relief to which he may be entitled, whether or not specifically requested herein.

>Respectfully submitted,
>
>**PLAINTIFF DIBY AKO**
>
>SANFORD LAW FIRM, PLLC
>Kirkpatrick Plaza
>10800 Financial Centre Parkway, Suite 510
>Little Rock, Arkansas 72211
>Telephone: (501) 221-0088
>Facsimile: (888) 787-2040
>
>*/s/ Josh Sanford*
>Josh Sanford
>Tex. Bar No. 24077858
>josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing BRIEF was filed via the CM/ECF system, which will provide notice to all interested parties. Notice has been delivered by other means to:

Arriva Best Security Inc.
c/o Aimee Koffee
5482 Wilshire Blvd. Ste. 219
Los Angeles, CA 90036

Amoifo Koffee
9955 Durant Drive, Unit 304
Beverley Hills, CA 90212

>*/s/ Josh Sanford*
>**Josh Sanford**

Page 2 of 2
Diby Ako v. Arriva Best Security, Inc., et al.
U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S
Brief in Support of Motion for Clerk's Entry of Default