| Week End | Hours Worked | Texas Min. Wage | Unpaid Wages | Damages with Liquidation |
|---|---|---|---|---|
| 9/7/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/14/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/21/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/28/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 10/5/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 10/12/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 10/19/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 10/26/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 11/2/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 11/9/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 11/16/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 11/23/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 11/30/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 12/7/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 12/14/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 12/21/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 12/28/20 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 1/4/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 1/11/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 1/18/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 1/25/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 2/1/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 2/8/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 2/15/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 2/22/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 3/1/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 3/8/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 3/15/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 3/22/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 3/29/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 4/5/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 4/12/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 4/19/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 4/26/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 5/3/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 5/10/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 5/17/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 5/24/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 5/31/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 6/7/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 6/14/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 6/21/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 6/28/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 7/5/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 7/12/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 7/19/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 7/26/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 8/2/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 8/9/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 8/16/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 8/23/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 8/30/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/6/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/13/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/20/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
| 9/27/21 | 100 | $ 7.25 | $ 942.50 | $ 1,885.00 |
|  |  |  | $ 52,780.00 | $ 105,560.00 |