| Date Billed On | Billed By | Description: Redacted | Rate | Time | Value | Entry # |
|---|---|---|---|---|---|---|
| 6/3/2022 | Courtney Lowery | Conference with GM re defendant and venue | $220.00 | 0.10 | $22.00 | 1 |
| 6/3/2022 | Staff | Work on Client's file: defendant research | $90.00 | 0.60 | $54.00 | 2 |
| 6/7/2022 | Josh Sanford | Receive, read and prepare response to email(s) from CL: venue | $470.00 | 0.10 | $47.00 | 3 |
| 6/7/2022 | Josh Sanford | Receive, read and prepare response to email(s) from CL: venue | $470.00 | 0.10 | $47.00 | 4 |
| 6/7/2022 | Courtney Lowery | Conference with JS re venue | $220.00 | 0.10 | $22.00 | 5 |
| 6/7/2022 | Courtney Lowery | Conference with SR re defendant | $220.00 | 0.10 | $22.00 | 6 |
| 6/21/2022 | Paralegal | Compose electronic communication to client re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 7 |
| 6/23/2022 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 8 |
| 6/23/2022 | Paralegal | Telephone Conference(s) with Diby Ako re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 9 |
| 6/27/2022 | Paralegal | Receipt and review of client's documents | $145.00 | 0.10 | $14.50 | 10 |
| 7/22/2022 | Paralegal | Telephone Conference(s) with Diby Ako re: PRIVILEGED INFORMATION | $145.00 | 0.30 | $43.50 | 11 |
| 7/29/2022 | April Rhéaume | Preparation and drafting of Complaint | $290.00 | 2.30 | $667.00 | 12 |
| 7/29/2022 | Courtney Lowery | Conference with AR re complaint allegations | $220.00 | 0.10 | $22.00 | 13 |
| 7/29/2022 | April Rhéaume | Perform legal research regarding minimum wage in DC, other potential issues, such as lunch breaks | $290.00 | 0.20 | $58.00 | 14 |
| 7/29/2022 | April Rhéaume | Work on Client's file: revisions to damages calcs and question list for client | $290.00 | 0.20 | $58.00 | 15 |
| 7/29/2022 | April Rhéaume | Client conference with Attorney regarding PRIVILEGED INFORMATION | $290.00 | 0.10 | $29.00 | 16 |
| 7/29/2022 | April Rhéaume | Work on Client's file: damages calculation | $290.00 | 0.50 | $145.00 | 17 |
| 8/1/2022 | April Rhéaume | Telephone Conference(s) between Attorney and Client re: PRIVILEGED INFORMATION | $290.00 | 0.50 | $145.00 | 18 |
| 8/1/2022 | Paralegal | Compose electronic communication AR re: client communication | $145.00 | 0.10 | $14.50 | 19 |
| 8/1/2022 | Paralegal | Compose electronic communication to AR re: contacting client | $145.00 | 0.10 | $14.50 | 20 |
| 8/1/2022 | Paralegal | Telephone Conference(s) with Diby Ako re: PRIVILEGED INFORMATION | $145.00 | 0.20 | $29.00 | 21 |
| 8/2/2022 | April Rhéaume | Editing and revision of damages calc | $290.00 | 0.10 | $29.00 | 22 |
| 8/2/2022 | April Rhéaume | Preparation and drafting of Complaint | $290.00 | 4.30 | $1,247.00 | 23 |
| 8/3/2022 | Stacy Gibson | Receive, read and prepare response to email(s) from JS re: complaint | $290.00 | 0.10 | $29.00 | 24 |
| 8/8/2022 | April Rhéaume | Preparation and drafting of Original Complaint | $290.00 | 0.80 | $232.00 | 25 |
| 8/8/2022 | April Rhéaume | Editing and revision of original complaint; rewording, adding details, investigating client job duties | $290.00 | 0.60 | $174.00 | 26 |
| 8/8/2022 | April Rhéaume | Preparation and drafting of coversheet | $290.00 | 0.10 | $29.00 | 27 |
| 8/9/2022 | Courtney Lowery | Work on Client's file: research re venue; review intake notes and complaint | $220.00 | 0.40 | $88.00 | 28 |
| 8/9/2022 | Courtney Lowery | Conference with AR re complaint status | $220.00 | 0.10 | $22.00 | 29 |
| 8/10/2022 | Courtney Lowery | Editing and revision of Complaint | $220.00 | 0.70 | $154.00 | 30 |
| 8/11/2022 | Josh Sanford | Examination of filed complaint | $470.00 | 0.10 | $47.00 | 31 |
| 8/11/2022 | Josh Sanford | Editing and revision of complaint | $470.00 | 0.20 | $94.00 | 32 |
| 8/11/2022 | Josh Sanford | Editing and revision of CCS and summons | $470.00 | 0.10 | $47.00 | 33 |
| 8/11/2022 | Josh Sanford | Examination of IOM: venue, complaint | $470.00 | 0.10 | $47.00 | 34 |
| 8/11/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 35 |
| 8/11/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 36 |
| 8/11/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 37 |
| 8/11/2022 | Courtney Lowery | Editing and revision of Complaint; efile same with summons and Cert of Interested Persons | $220.00 | 0.30 | $66.00 | 38 |
| 8/11/2022 | Courtney Lowery | Preparation and drafting of Certificate of Interested Persons | $220.00 | 0.10 | $22.00 | 39 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time | Value | Entry # |
|---|---|---|---|---|---|---|
| 8/12/2022 | Patrick Wilson | Court notice | $360.00 | 0.10 | $36.00 | 40 |
| 8/15/2022 | Patrick Wilson | email to client | $360.00 | 0.10 | $36.00 | 41 |
| 8/15/2022 | Patrick Wilson | Telephone Conference(s) between Attorney and Client | $360.00 | 0.30 | $108.00 | 42 |
| 8/15/2022 | Patrick Wilson | Telephone Conference(s) between Attorney and Client | $360.00 | 0.10 | $36.00 | 43 |
| 8/15/2022 | Patrick Wilson | email to client | $360.00 | 0.10 | $36.00 | 44 |
| 8/16/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 45 |
| 8/16/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 46 |
| 8/19/2022 | Staff | Work on Client's file: send complaint for service | $90.00 | 0.10 | $9.00 | 47 |
| 8/23/2022 | Patrick Wilson | Receipt and review of court docs | $360.00 | 0.20 | $72.00 | 48 |
| 8/24/2022 | Patrick Wilson | Conference regarding case deadines | $360.00 | 0.10 | $36.00 | 49 |
| 8/24/2022 | Paralegal | Conference regarding case deadines | $145.00 | 0.10 | $14.50 | 50 |
| 8/24/2022 | Stacy Gibson | Conference regarding case deadines | $290.00 | 0.10 | $29.00 | 51 |
| 8/25/2022 | Paralegal | Work on Client's file: changing CTJ status to update class focus dashboard | $145.00 | 0.10 | $14.50 | 52 |
| 9/6/2022 | Paralegal | Telephone Conference(s) with Diby Ako re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 53 |
| 9/7/2022 | Staff | Work on Client's file: service update | $90.00 | 0.20 | $18.00 | 54 |
| 9/13/2022 | Patrick Wilson | Work on Client's file: Research Arriva Best Security | $360.00 | 0.30 | $108.00 | 55 |
| 9/13/2022 | Patrick Wilson | Work on Client's file: | $360.00 | 0.20 | $72.00 | 56 |
| 9/21/2022 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.30 | $43.50 | 57 |
| 10/4/2022 | Josh Sanford | Examination of returns of summons | $470.00 | 0.10 | $47.00 | 58 |
| 10/4/2022 | Patrick Wilson | Receipt and review of notice | $360.00 | 0.10 | $36.00 | 59 |
| 10/7/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.20 | $18.00 | 60 |
| 10/7/2022 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 61 |
| 10/10/2022 | Patrick Wilson | Examination of Intra-office memo regarding case events and deadlines | $360.00 | 0.10 | $36.00 | 62 |
| 10/11/2022 | Patrick Wilson | Examination of Intra-office memo regarding case events and deadlines | $360.00 | 0.10 | $36.00 | 63 |
| 10/11/2022 | Patrick Wilson | Examination of Intra-office memo regarding case events and deadlines | $360.00 | 0.10 | $36.00 | 64 |
| 10/12/2022 | Patrick Wilson | Examination of Intra-office memo regarding case events and deadlines | $360.00 | 0.10 | $36.00 | 65 |
| 10/13/2022 | Stacy Gibson | Conference with ZB re: PHV | $290.00 | 0.10 | $29.00 | 66 |
| 10/13/2022 | Paralegal | Conference with SG re: PHV for PW | $145.00 | 0.10 | $14.50 | 67 |
| 10/13/2022 | Paralegal | Perform legal research regarding local rules for applying PHV | $145.00 | 0.30 | $43.50 | 68 |
| 10/19/2022 | Paralegal | Conference regarding case status/strategy | $145.00 | 0.10 | $14.50 | 69 |
| 10/19/2022 | Patrick Wilson | Conference regarding case status/strategy | $360.00 | 0.10 | $36.00 | 70 |
| 10/19/2022 | Stacy Gibson | Conference regarding case status/strategy | $290.00 | 0.10 | $29.00 | 71 |
| 10/24/2022 | Patrick Wilson | Work on Client's file: Contacting Defendant before filing default | $360.00 | 0.30 | $108.00 | 72 |
| 11/2/2022 | Patrick Wilson | Work on Client's file: Default motion | $360.00 | 0.40 | $144.00 | 73 |
| 11/4/2022 | Patrick Wilson | Receipt and review of email | $360.00 | 0.10 | $36.00 | 74 |
| 11/4/2022 | Patrick Wilson | Examination of Intra-office memo regarding case events and deadlines | $360.00 | 0.10 | $36.00 | 75 |
| 11/7/2022 | Staff | Receive, read and prepare response to email(s) from PW; email server for investigation report on service | $90.00 | 0.20 | $18.00 | 76 |
| 11/7/2022 | Stacy Gibson | Conference with PW re: service/default | $290.00 | 0.20 | $58.00 | 77 |
| 11/7/2022 | Patrick Wilson | Compose electronic communication | $360.00 | 0.10 | $36.00 | 78 |
| 11/7/2022 | Patrick Wilson | Work on Client's file: Brief | $360.00 | 0.70 | $252.00 | 79 |
| 11/7/2022 | Sean Short | Receive, read and prepare response to email(s) from PW regarding draft motion for clerk's entry of default. | $255.00 | 0.20 | $51.00 | 80 |
| 11/7/2022 | Sean Short | Examination of draft motion for clerk's entry of default. | $255.00 | 0.20 | $51.00 | 81 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time | Value | Entry # |
|---|---|---|---|---|---|---|
| 11/7/2022 | Patrick Wilson | Work on Client's file: default motion | $360.00 | 0.30 | $108.00 | 82 |
| 11/8/2022 | Sean Short | Receive, read and prepare response to email(s) from PW regarding edits to motion for clerk's entry of default, brief in support and declaration. | $255.00 | 0.10 | $25.50 | 83 |
| 11/8/2022 | Sean Short | Editing and revision of motion for clerk's entry of default, brief in support and declaration. | $255.00 | 0.40 | $102.00 | 84 |
| 11/8/2022 | Patrick Wilson | Telephone Conference(s) between Attorney and Client | $360.00 | 0.10 | $36.00 | 85 |
| 11/8/2022 | Patrick Wilson | Work on Client's file: Default | $360.00 | 0.30 | $108.00 | 86 |
| 11/9/2022 | Stacy Gibson | Examination of IOM re: motion for default/service | $290.00 | 0.10 | $29.00 | 87 |
| 11/9/2022 | Patrick Wilson | Receive, read and prepare response to email(s) from Tracy | $360.00 | 0.20 | $72.00 | 88 |
| 11/9/2022 | Paralegal | Filing of clerk's entry of default | $145.00 | 0.10 | $14.50 | 89 |
| 11/9/2022 | Paralegal | Editing and revision of motion for clerk's entry of default | $145.00 | 0.10 | $14.50 | 90 |
| 11/9/2022 | Paralegal | Receive, read and prepare response to email(s) from PW re: filing clerk's entry for default | $145.00 | 0.10 | $14.50 | 91 |
| 11/9/2022 | Patrick Wilson | Compose electronic communication | $360.00 | 0.10 | $36.00 | 92 |
| 11/9/2022 | Patrick Wilson | Receipt and review of email | $360.00 | 0.10 | $36.00 | 93 |
| 11/10/2022 | Staff | Work on Client's file: resend Aimee Koffi summons for service; email to server re issues with first service | $90.00 | 0.20 | $18.00 | 94 |
| 11/14/2022 | Patrick Wilson | Work on Client's file: Motion | $360.00 | 0.10 | $36.00 | 95 |
| 11/17/2022 | Patrick Wilson | Compose electronic communication | $360.00 | 0.10 | $36.00 | 96 |
| 12/5/2022 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.40 | $58.00 | 97 |
| 12/6/2022 | Stacy Gibson | Compose electronic communication: IOMs re: service/default | $290.00 | 0.10 | $29.00 | 98 |
| 12/6/2022 | Paralegal | Conference regarding case status/next steps | $145.00 | 0.10 | $14.50 | 99 |
| 12/6/2022 | Josh Sanford | Conference regarding case status/next steps | $470.00 | 0.10 | $47.00 | 100 |
| 12/6/2022 | Stacy Gibson | Conference regarding case status/next steps | $290.00 | 0.10 | $29.00 | 101 |
| 12/7/2022 | Staff | Preparation and drafting of Motion for Extension of Time for service | $90.00 | 0.30 | $27.00 | 102 |
| 12/12/2022 | Stacy Gibson | Receive, read and prepare response to email(s) from TF re: motion for service extension | $290.00 | 0.10 | $29.00 | 103 |
| 12/12/2022 | Staff | Work on Client's file: efile motion | $90.00 | 0.10 | $9.00 | 104 |
| 12/12/2022 | Staff | Work on Client's file: process ECF - Motion to Extend Time | $90.00 | 0.10 | $9.00 | 105 |
| 12/13/2022 | Staff | Work on Client's file: service update | $90.00 | 0.20 | $18.00 | 106 |
| 12/13/2022 | Staff | Work on Client's file: process ECF - Order Granting Extension; update deadlines | $90.00 | 0.10 | $9.00 | 107 |
| 12/29/2022 | Stacy Gibson | Work on Client's file: update case deadlines | $290.00 | 0.10 | $29.00 | 108 |
| 1/3/2023 | Stacy Gibson | Compose electronic communication to law clerk re: motion for default | $290.00 | 0.10 | $29.00 | 109 |
| 1/4/2023 | Josh Sanford | Editing and revision of Motion for Default; JS declaration | $470.00 | 0.10 | $47.00 | 110 |
| 1/4/2023 | Stacy Gibson | Conference with law clerk re: default declaration | $290.00 | 0.10 | $29.00 | 111 |
| 1/4/2023 | Stacy Gibson | Conference with law clerk re: motion for clerk's entry | $290.00 | 0.10 | $29.00 | 112 |
| 1/12/2023 | Paralegal | Telephone Conference(s) with TW re: case status update for client | $145.00 | 0.10 | $14.50 | 113 |
| 1/13/2023 | Staff | Work on Client's file: service update | $90.00 | 0.20 | $18.00 | 114 |
| 1/16/2023 | Josh Sanford | Examination of IOM re case management | $470.00 | 0.10 | $47.00 | 115 |
| 1/16/2023 | Stacy Gibson | Examination of IOM re: service extension | $290.00 | 0.10 | $29.00 | 116 |
| 1/16/2023 | Paralegal | Receive, read and prepare response to email(s) from JS re: filing motion for entry of default | $145.00 | 0.10 | $14.50 | 117 |
| 1/16/2023 | Paralegal | Compose electronic communication to JS re: filing motion for entry of default | $145.00 | 0.10 | $14.50 | 118 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time | Value | Entry # |
|---|---|---|---|---|---|---|
| 1/16/2023 | Paralegal | Editing and revision of motion for entry of default | $145.00 | 0.10 | $14.50 | 119 |
| 1/17/2023 | Josh Sanford | Editing and revision of Motion and Order | $470.00 | 0.10 | $47.00 | 120 |
| 1/17/2023 | Josh Sanford | Receive, read and prepare response to email(s) from SG re Motion to Extend | $470.00 | 0.10 | $47.00 | 121 |
| 1/17/2023 | Staff | Work on Client's file: process ECF - Motion for Extension | $90.00 | 0.10 | $9.00 | 122 |
| 1/17/2023 | Staff | Work on Client's file: process ECF - Motion for Extension of Time | $90.00 | 0.10 | $9.00 | 123 |
| 1/17/2023 | Staff | Work on Client's file: efile Motion for Extension | $90.00 | 0.10 | $9.00 | 124 |
| 1/17/2023 | Staff | Preparation and drafting of Second Motion for Extension of Time for Service; email for approval | $90.00 | 0.30 | $27.00 | 125 |
| 1/17/2023 | Stacy Gibson | Receive, read and prepare response to email(s) from ZB re: motion for extension | $290.00 | 0.10 | $29.00 | 126 |
| 1/17/2023 | Paralegal | Compose electronic communication to JS and SG re: filing extension for service | $145.00 | 0.10 | $14.50 | 127 |
| 1/18/2023 | Josh Sanford | Examination of Order | $470.00 | 0.10 | $47.00 | 128 |
| 1/18/2023 | Staff | Work on Client's file: process ECF - Order Granting Extension; update deadlines | $90.00 | 0.10 | $9.00 | 129 |
| 1/23/2023 | Josh Sanford | Examination of Order; draft IOM re compliance | $470.00 | 0.20 | $94.00 | 130 |
| 1/23/2023 | Josh Sanford | Examination of Order | $470.00 | 0.10 | $47.00 | 131 |
| 1/27/2023 | Staff | Work on Client's file: process ECF - Order; set deadline | $90.00 | 0.10 | $9.00 | 132 |
| 2/6/2023 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.20 | $29.00 | 133 |
| 2/16/2023 | Paralegal | Compose electronic communication to TF re: service of defendants | $145.00 | 0.10 | $14.50 | 134 |
| 2/17/2023 | Paralegal | Perform legal research regarding entry of default | $145.00 | 0.20 | $29.00 | 135 |
| 2/20/2023 | Stacy Gibson | Receive, read and prepare response to email(s) from ZB and JS re: default/client call | $290.00 | 0.10 | $29.00 | 136 |
| 2/20/2023 | Paralegal | Compose electronic communication to SG re: service of defendants | $145.00 | 0.20 | $29.00 | 137 |
| 2/20/2023 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.40 | $58.00 | 138 |
| 2/20/2023 | Paralegal | Receive, read and prepare response to email(s) from SG re: contacting client | $145.00 | 0.10 | $14.50 | 139 |
| 2/20/2023 | Stacy Gibson | Examination of service/default and respond to JS email | $290.00 | 0.20 | $58.00 | 140 |
| 2/21/2023 | Paralegal | Compose electronic communication to JS re: review of clerk's entry for default | $145.00 | 0.10 | $14.50 | 141 |
| 2/21/2023 | Paralegal | Conference with JS re: case strategy | $145.00 | 0.10 | $14.50 | 142 |
| 2/22/2023 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 143 |
| 2/22/2023 | Stacy Gibson | Compose electronic communication to VK re; default fees | $290.00 | 0.10 | $29.00 | 144 |
| 2/22/2023 | Stacy Gibson | Compose electronic communication to law clerk and staff re: default motion/damages | $290.00 | 0.10 | $29.00 | 145 |
| 2/22/2023 | Stacy Gibson | Conference with SS and ZB re: default | $290.00 | 0.10 | $29.00 | 146 |
| 2/22/2023 | Sean Short | Conference with SG and paralegal regarding clerk's entry of default judgment; extension of time to move for default. | $255.00 | 0.10 | $25.50 | 147 |
| 2/22/2023 | Paralegal | Editing and revision of motion for entry of default | $145.00 | 0.10 | $14.50 | 148 |
| 2/22/2023 | Sean Short | Conference with SG regarding motion for default judgment. | $255.00 | 0.10 | $25.50 | 149 |
| 2/22/2023 | Sean Short | Examination of motion for extension of time to file default and proposed order; respond to email from paralegal regarding the same. | $255.00 | 0.10 | $25.50 | 150 |
| 2/22/2023 | Stacy Gibson | Examination of IOMs re: default | $290.00 | 0.10 | $29.00 | 151 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time | Value | Entry # |
|---|---|---|---|---|---|---|
| 2/22/2023 | Paralegal | Compose electronic communication to JS re: edits to motion for clerk's entry of default | $145.00 | 0.20 | $29.00 | 152 |
| 2/22/2023 | Staff | Receive, read and prepare response to email(s) from ZB re service; send sheriff notes | $90.00 | 0.30 | $27.00 | 153 |
| 2/22/2023 | Paralegal | Compose electronic communication to TF re: service of Defendants | $145.00 | 0.10 | $14.50 | 154 |
| 2/22/2023 | Paralegal | Receipt and review of revisions from JS for entry of default | $145.00 | 0.10 | $14.50 | 155 |
| 2/22/2023 | Vanessa Kinney | Work on Client's file: download and format costs invoice; download billing spreadsheet; prepare form declaration for Josh Sanford | $360.00 | 1.00 | $360.00 | 156 |
| 2/23/2023 | Staff | Work on Client's file: process ECF - Clerk's Entry of Default | $90.00 | 0.10 | $9.00 | 157 |
| 2/23/2023 | Paralegal | Compose, prepare and send correspondence to Defendants re: copies of filed pleadings for clerk's entry of default and motion for extension | $145.00 | 0.40 | $58.00 | 158 |
| 2/23/2023 | Staff | Work on Client's file: process ECF - Order; set deadline | $90.00 | 0.10 | $9.00 | 159 |
| 2/23/2023 | Sean Short | Examination of order granting motion for extension of time to file default judgment. | $255.00 | 0.10 | $25.50 | 160 |
| 2/23/2023 | Staff | Work on Client's file: process ECF - Motion to Extend | $90.00 | 0.10 | $9.00 | 161 |
| 2/23/2023 | Staff | Work on Client's file: process ECF - BIS re Motion | $90.00 | 0.10 | $9.00 | 162 |
| 2/23/2023 | Staff | Work on Client's file: process ECFs. | $90.00 | 0.10 | $9.00 | 163 |
| 2/23/2023 | Sean Short | Examination of order regarding service of Defendant Arriva Best. | $255.00 | 0.10 | $25.50 | 164 |
| 2/23/2023 | Josh Sanford | Examination of Order | $470.00 | 0.10 | $47.00 | 165 |
| 2/24/2023 | Staff | Work on Client's file: process ECF - Order | $90.00 | 0.10 | $9.00 | 166 |
| 2/24/2023 | Stacy Gibson | Conference with RK re: default motion/service extension | $290.00 | 0.20 | $58.00 | 167 |
| 2/24/2023 | Stacy Gibson | Compose electronic communication to TF re: service | $290.00 | 0.10 | $29.00 | 168 |
| 2/24/2023 | Law Clerk | Preparation and drafting of motion for default judgement, brief, and proposed order | $110.00 | 1.20 | $132.00 | 169 |
| 2/24/2023 | Sean Short | Receipt and review of email from SG regarding extension of time to serve Defendant. | $255.00 | 0.10 | $25.50 | 170 |
| 2/27/2023 | Sean Short | Receipt and review of email from staff regarding attempt at service on Defendant. | $255.00 | 0.10 | $25.50 | 171 |
| 2/27/2023 | Stacy Gibson | Receive, read and prepare response to email(s) from TF re: service | $290.00 | 0.10 | $29.00 | 172 |
| 3/1/2023 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 173 |
| 3/2/2023 | Sean Short | Receipt and review of email from paralegal regarding motion for default. | $255.00 | 0.10 | $25.50 | 174 |
| 3/3/2023 | Sean Short | Receipt and review of email from paralegal regarding damages for motion for default. | $255.00 | 0.10 | $25.50 | 175 |
| 3/6/2023 | Data Analyst | Preparation and drafting of default declaration | $75.00 | 0.50 | $37.50 | 176 |
| 3/6/2023 | Stacy Gibson | Examination of IOMs re: default | $290.00 | 0.10 | $29.00 | 177 |
| 3/6/2023 | Law Clerk | Work on Client's file: update damages in the motion for default & brief | $110.00 | 0.30 | $33.00 | 178 |
| 3/10/2023 | Staff | Work on Client's file: service update; update deadlines | $90.00 | 0.20 | $18.00 | 179 |
| 3/13/2023 | Paralegal | Telephone Conference(s) with client re: PRIVILEGED INFORMATION | $145.00 | 0.10 | $14.50 | 180 |
| 3/14/2023 | Stacy Gibson | Compose electronic communication to VK re: default status | $290.00 | 0.10 | $29.00 | 181 |
| 3/14/2023 | Sean Short | Conference with VK regarding preparing fee petition; status regarding motion, brief. | $255.00 | 0.10 | $25.50 | 182 |

| Date Billed On | Billed By | Description: Redacted | Rate | Time | Value | Entry # |
| --- | --- | --- | --- | --- | --- | --- |
| 3/15/2023 | Paralegal | Compose electronic communication to SS re: review of declaration | $145.00 | 0.10 | $14.50 | 183 |
| 3/15/2023 | Sean Short | Receive, read and prepare response to email(s) from paralegal regarding deadline for motion for default; edits to default documents. | $255.00 | 0.10 | $25.50 | 184 |
| 3/15/2023 | Sean Short | Editing and revision of motion for default, brief in support, declaration of Plaintiff in support and damages. | $255.00 | 0.60 | $153.00 | 185 |
| 3/15/2023 | Sean Short | Compose electronic communication to paralegal regarding motion for default, brief in support, declaration of Plaintiff in support and damages. | $255.00 | 0.10 | $25.50 | 186 |
| 3/16/23 | Vanessa Kinney | Conduct privilege review of billing spreadsheet entries and make redactions | $360.00 | 0.10 | $36.00 | 187 |
|  |  |  |  | 38.50 | $9,412.00 |  |