## Matter Expense Report

| Date | Description | Amount |
|---|---|---|
| 12/15/2022 | ABC Legal Service Fee | $129.00 |
| 11/14/2022 | Service Fee to ABC Legal Services | $129.00 |
| 10/12/2022 | Attempted Service Fee to ABC Legal | $81.50 |
| 10/11/2022 | Service Fee to ABC Legal | $129.00 |
| 8/11/2022 | Filing Fee | $402.00 |
| **Total** | | $870.50 |