IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                          **PLAINTIFF**

vs.                                  No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**
**and AMOIFO KOFFI**                                            **DEFENDANTS**

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ARRIVA BEST SECURITY, INC.

The Court having reviewed the Motion for Default Judgment Against Defendant Arriva Best Security, Inc., and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Default Judgment Against Defendant Arriva Best Security, Inc. is GRANTED.

ORDERED on _____, ___, 2023.

                                                                _____
                                                                 Hon. Karen Gren Scholer
                                                               United States District Judge