# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DIBY AKO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1751-S |
| | § | |
| ARRIVA BEST SECURITY, INC., and | § | |
| AMOIFO KOFFI | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's Motion for Default Judgment Against Defendant Amoifo Koffi [ECF No. 21] and Plaintiff's Motion for Default Judgment Against Defendant Arriva Best Security, Inc. [ECF No. 28] are **DENIED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED November 14, 2023.

**UNITED STATES DISTRICT JUDGE**