# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DIBY AKO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1751-S |
| | § | |
| ARRIVA BEST SECURITY, INC., and | § | |
| AMOIFO KOFFI | § | |

## ORDER

The Court previously ordered Plaintiff Diby Ako to move for entry of a default and a default judgment against Defendants Arriva Best Security, Inc., and Amoifo Koffi. *See* ECF Nos. 12, 24. Plaintiff did so. *See* ECF Nos. 21, 28. On October 5, 2023, the United States Magistrate Judge recommended that the Court deny without prejudice Plaintiff's Motions for Default Judgment, *see* ECF No. 31, and the Court accepted that recommendation, *see* ECF No. 32. Defendants remain in default, and Plaintiff has not filed new motions for default judgment. Pursuant to Local Rule 55.1, the Court **ORDERS** Plaintiff to move for a default judgment by no later than **April 12, 2024**. Failure to file the appropriate documents may result in dismissal of this case without further notice.

**SO ORDERED.**

SIGNED March 13, 2024.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**