IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                                    **PLAINTIFF**

vs.                                        No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**                                            **DEFENDANTS**
**and AMOIFO KOFFI**

## RENEWED MOTION FOR DEFAULT JUDGMENT
## AGAINST DEFENDANTS ARRIVA BEST SECURITY, INC.,
## AND AMOIFO KOFFI

Plaintiff Diby Ako ("Plaintiff") by and through his attorney Josh Sanford of Sanford
Law Firm, PLLC, for his Motion for Default Judgment against Defendants Arriva Best
Security, Inc., and Amoifo Koffi ("Motion"), hereby states and alleges as follows:

1.      By this Motion, Plaintiff Diby Ako ("Plaintiff") seeks a default judgment
against Defendants Arriva Best Security, Inc., and Amoifo Koffi ("Defendants") in the
amount of $52,780.00 plus an equal amount as liquidated damages, for a total of
$105,560.00. *See* Declaration of Diby Ako, attached hereto as Exhibit 1.

2.      In addition to the above, Plaintiff seeks an award of attorney's fees in the
amount of $8,282.56 and costs in the amount of $870.50, for a total of $9,153.06. *See*
Declaration of Josh Sanford, attached hereto as Exhibit 4.

3.      Plaintiff filed his Original Complaint against Defendants Arriva Best
Security, Inc., and Amoifo Koffi on August 11, 2022 (ECF No. 1).

Page 1 of 6
Diby Ako v. Arriva Best Security, Inc., et al.
U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S
Renewed Motion for Default Judgment against Defendants
Arriva Best Security, Inc., and Amoifo Koffi

4.      Plaintiff served Defendant Amoifo Koffi with the Complaint on September 24, 2022 (ECF 7), and Defendant Arriva Best Security, Inc. with the Complaint on March 18, 2023 (ECF No. 19).

5.      Defendant Amoifo Koffi's deadline for filing and serving an Answer or Motion to Dismiss was October 15, 2022, and no other time limit was fixed by this Court; Arriva Best Security, Inc.'s deadline for filing and serving an Answer or Motion to Dismiss was April 10, 2023, and no other time limit was fixed by this Court.

6.      Neither Defendant Arriva Best Security, Inc., or Amopifo Koffi has filed or served an Answer or Motion to Dismiss in accordance with Fed. R. Civ. P. 12(a)(1).

7.      Neither Defendant Arriva Best Security, Inc., or Amopifo Koffi has requested an extension for filing or serving a proper Answer or Motion to Dismiss and none has been granted.

8.      Defendant Amoifo Koffi is not in active military service, so 50 U.S.C. § 3931 is no bar to entry of a default judgment, nor is Defendant Amoifo Koffi a minor or an incompetent.  *See* Declaration of Sean Short, attached hereto as 2; Exhibit 1, Declaration of Diby Ako.

9.      On February 22, 2022, this Court entered Default against Defendant Amoifo Koffi (ECF No. 16) and on August 30, 2023, this Court entered Default against Defendant Arriva Best Security, Inc. (ECF No. 27).

10.     Plaintiff is entitled to Judgment by default against Defendants Arriva Best Security, Inc., and Amoifo Koffi based on the claims set forth in his Complaint, which allege:

**Page 2 of 6**
**Diby Ako v. Arriva Best Security, Inc., et al.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S**
**Renewed Motion for Default Judgment against Defendants**
**Arriva Best Security, Inc., and Amoifo Koffi**

a.   Defendant Arriva Best Security, Inc. ("ABS") is a foreign for-profit corporation headquartered in Texas. ABS's registered agent for service of process is Amoifo Koffi, 9330 LBJ Freeway, Suite 900, Dallas, Texas 75243. ECF No. 1, at ¶¶ 5, 10, 12.

b.   Defendant Amoifo Koffi ("Koffi") is an individual and resident of California, and is a principal, director, officer, and/or owner of foreign for-profit corporation Arriva Best Security, Inc. ("ABS"), headquartered in Texas. *Id.* at ¶¶ 5, 13,10, 11.

c.   ABS is a business subject to the FLSA because its annual gross volume of sales made or business done is at least $500,000.00 and it has at least two employees who handle, sell, or otherwise work on goods or materials that have been moved in or produced for commerce. *Id.* at ¶¶ 14-15.

d.   Koffi determined the hours worked by Plaintiff, the manner in which he performed his job duties, and Plaintiff's schedule. *Id.* at ¶ 12.

e.   Defendants employed Ako as a Firewatch Services Guard from September of 2020 until September of 2021. *Id.* at ¶ 18.

f.   Plaintiff's primary duties included, but were not limited to, inspecting ABS's customers' work sites for fire hazards, reporting any potential fire risks, and monitoring to ensure there were no fires. *Id.* at ¶ 20.

g.   Plaintiff was promised by Defendants an hourly pay of $15.00 for all hours worked; however, Plaintiff was paid neither an hourly or salary rate. *Id.* at ¶¶ 23, 27.

**Page 3 of 6**
**Diby Ako v. Arriva Best Security, Inc., et al.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S**
**Renewed Motion for Default Judgment against Defendants**
**Arriva Best Security, Inc., and Amoifo Koffi**

h. Plaintiff was hired by Defendants to work for a continuous and ongoing period of time. *Id.* at ¶ 31.

i. Defendants made statements to third parties regarding Plaintiff's employment status, that he was paid $15.00 per hour and worked 100 hours per week. *Id.* at ¶ 35.

j. Defendants did not compensate Plaintiff for any of the work he performed at any point during his employment with ABS. *Id.* at ¶ 30.

k. Defendants failed to pay Plaintiff a lawful minimum wage for all hours worked. *Id.* at ¶ 29.

l. Defendants willfully violated the provisions of 29. U.S.C. §§ 206 and 207 by employing employees engaged in commerce at an hourly rate less than the federal minimum wage and by failing to pay one and one-half (1.5) times regular wages for all hours worked over forty (40) in a week. *Id.* at ¶¶ 47-53.

11. With this Motion, Plaintiff submits and incorporates the following exhibits:

Exhibit 1: Declaration of Diby Ako;

Exhibit 2: Declaration of Sean Short;

Exhibit 3: Damages Calculations;

Exhibit 4: Declaration of Josh Sanford;

Exhibit 5: Billing Spreadsheet; and

Exhibit 6: Costs Invoice.

12. Plaintiff also files herewith and incorporates herein a Brief in Support of Motion for Default Judgment.

**Page 4 of 6**
**Diby Ako v. Arriva Best Security, Inc., et al.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S**
**Renewed Motion for Default Judgment against Defendants**
**Arriva Best Security, Inc., and Amoifo Koffi**

WHEREFORE, premises considered, Plaintiff Diby Ako respectfully request that Plaintiff's Renewed Motion for Default Judgment Against Defendants Arriva Best Security, Inc., and Amoifo Koffi be granted in full; judgment be entered in favor of Plaintiff against Defendants Arriva Best Security, Inc., and Amoifo Koffi, finding that Defendants Arriva Best Security, Inc., and Amoifo Koffi violated the provisions of the Fair Labor Standards Act as alleged in Plaintiff's Complaint; said judgment be in the amount of $52,780.00 in back wages; $52,780.00 in liquidated damages; and 9,153.06 in costs and attorney's fees; and the Court award such other and further relief as may be appropriate and just.

Respectfully submitted,

**PLAINTIFF DIBY AKO**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com

**Page 5 of 6**
**Diby Ako v. Arriva Best Security, Inc., et al.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S**
**Renewed Motion for Default Judgment against Defendants**
**Arriva Best Security, Inc., and Amoifo Koffi**

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to all interested parties. Notice has been delivered by other means to:

Arriva Best Security Inc.
c/o Aimee Koffee
5482 Wilshire Blvd. Ste. 219
Los Angeles, CA 90036

Amoifo Koffee
9955 Durant Drive, Unit 304
Beverley Hills, CA 90212-1601

Arriva Best Security Inc.
2435 N. Central Express Way, 12th Floor
Richardson, Texas 75080

/s/ Josh Sanford
**Josh Sanford**

**Page 6 of 6**
**Diby Ako v. Arriva Best Security, Inc., et al.**
**U.S.D.C. (N.D. Tex.) Case No. 3:22-cv-1751-S**
**Renewed Motion for Default Judgment against Defendants**
**Arriva Best Security, Inc., and Amoifo Koffi**