IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                                    **PLAINTIFF**

vs.                                        No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**
**and AMOIFO KOFFI**                                                        **DEFENDANTS**

### ORDER GRANTING RENEWED MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ARRIVA BEST SECURITY, INC., AND AMOIFO KOFFI

The Court having reviewed the Renewed Motion for Default Judgment Against Defendants Arriva Best Security, Inc., and Amoifo Koffi, and the grounds therefore, finds the Renewed Motion is well taken and grants the Renewed Motion.

It is ORDERED that the Renewed Motion for Default Judgment Against Defendants Arriva Best Security, Inc., and Amoifo Koffi is GRANTED.

ORDERED on _____, ___, 2024.

_____
HON. CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE