# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DIBY AKO | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-1751-S |
| | § | |
| ARRIVA BEST SECURITY, INC., and | § | |
| AMOIFO KOFFI | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff Diby Ako's Renewed Motion for Default Judgment Against Defendants Arriva Best Security, Inc., and Amoifo Koffi [ECF No. 35] is **DENIED**.

**SO ORDERED.**

SIGNED September 12, 2024.

UNITED STATES DISTRICT JUDGE