IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**DIBY AKO**                                                                                          **PLAINTIFF**

vs.                                      No. 3:22-cv-1751-S

**ARRIVA BEST SECURITY, INC.,**
**and AMOIFO KOFFI**                                                              **DEFENDANTS**

## ORDER GRANTING MOTION FOR LIMITED DISCVOERY

The Court having reviewed the Motion for Limited Discovery, and the grounds therefore, finds the Motion is well taken and grants the Motion.

It is ORDERED that the Motion for Limited Discovery is GRANTED. Plaintiff is directed to serve the discovery attached to his Motion as Exhibit 1 on Defendant Arriva Best Security, Inc.

ORDERED on _____, ___, 2024.

_____
HON. DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE